```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                    CASE NO. 06-20385-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PEDRO HORTON, et al.,

       Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Motion to Dismiss for Pre-Indictment Delay (D.E.50), October 24, 2006.

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan United States Magistrate Judge on November 7, 2006. A Report and Recommendation (D.E. 83), was filed on December 1, 2006, recommended that the Motion be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of February, 2007.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge O'Sullivan
        David Markus, Esq.
        Cristina Maxwell, AUSA
```